**STATE of Missouri, Respondent,**

v.

**Darnell Cortez BERGMANN, Appellant.**

**No. WD 65568.**

Missouri Court of Appeals, Western District.

June 20, 2006.

Ellen H. Flottman Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge and LISA WHITE HARDWICK, Judge.

## ORDER

PER CURIAM.

Darnell Bergmann appeals from his conviction of the class B felony of committing violence against an employee of the Department of Corrections, § *217.385*, for which he received a seven-year prison sentence. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).